AO 10
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Willett, Don R. | U.S. Court of Appeals for the Fifth Circuit | 08/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

903 San Jacinto Blvd.
Austin, Texas 78701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | American Law Institute |
| 2. Life Fellow | American Bar Foundation |
| 3. Life Fellow | Texas Bar Foundation |
| 4. Life Fellow | Austin Bar Foundation |
| 5. Fellow | Texas Supreme Court Historical Society |
| 6. Chair of Editorial Board | Judicature—The Scholarly Journal for Judges |
| 7. National Advisory Board | ConSource—The Constitutional Sources Project |
| 8. Advisory Council | Honors College, Baylor University |
| 9. Advisory Board | Harlan Institute |
| 10. Board of Advisors | Texas Review of Law & Politics |
| 11. Board of Advisors | Federalist Society for Law and Public Policy Studies (Austin Lawyers Chapter) |
| 12. Member | Federalist Society for Law and Public Policy Studies |
| 13. Advisory Council | Texas Lyceum |
| 14. Board of Trustees | Texas Supreme Court Historical Society |
| 15. Leadership Council | Bolch Judicial Institute (Duke University School of Law) |
| 16. Senior Lecturing Fellow | Duke University School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | State of Texas Employee Retirement System (defined benefit pension plan) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Judicial Retirement Systems of Texas (pension) | $61,117.56 |
| 2. 2020 | Duke University School of Law (teaching income) | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Willett, Don R. | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  Chase (cash) | A | Interest | L | T | | | | | |
| 3.  Rental Property, Travis County, Texas | E | Rent | N | W | | | | | |
| 4.  When Angels Sing Productions, LP | | None | J | U | | | | | |
| 5.  Account #1 (H) | | | | | | | | | |
| 6.  Gabelli Funds GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 7.  Trust For Professional Managers Terra Firma US Rlty EQ Opn (TFREX) | A | Dividend | J | T | | | | | |
| 8.  Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | L | T | | | | | |
| 9.  Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 10.  Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | | | | | |
| 11.  Acount #2 (H) | | | | | | | | | |
| 12.  GAMCO Global Growth Fund Class AAA (GICPX) | B | Dividend | K | T | | | | | |
| 13.  Trust for Prof. Mngrs. Terra Firma US CON Rlty EQ Opn (TFREX) | A | Dividend | J | T | | | | | |
| 14.  Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | | | | | |
| 15.  Vangaurd Total Stock Market Admiral (VTSAX) | A | Dividend | L | T | | | | | |
| 16.  Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 17.  Acount #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fidelity Diversified International Fund (FDIVX) | A | Dividend | L | T | Sold (part) | 08/20/20 | J | | |
| 19. Lord Abbett Small Cap Value Fund I (LRSYX) | A | Dividend | K | T | Buy (add'l) | 08/20/20 | J | | |
| 20. Blackrock Midcap Equity Index F (BMGAX) | | None | K | T | Buy | 08/20/20 | K | | |
| 21. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 22. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | B | Dividend | | | Sold | 03/06/20 | K | | |
| 23. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | B | Dividend | K | T | Sold (part) | 08/20/20 | J | | |
| 24. Vanguard Wellington Admiral (VWENX) | C | Dividend | L | T | | | | | |
| 25. BlackRock Bond Index Fund (BMOIX) | | None | K | T | Buy (add'l) | 08/20/20 | J | | |
| 26. Account #4 (H) | | | | | | | | | |
| 27. Fidelity Diversified International Fund (FDIVX) | B | Dividend | M | T | Sold (part) | 08/20/20 | J | | |
| 28. Lord Abbett Small Cap Value Fund I (LRSYX) | A | Dividend | K | T | Buy (add'l) | 08/20/20 | J | | |
| 29. Blackrock Midcap Equity Index F (BMGAX) | | None | L | T | Buy | 03/06/20 | L | | |
| 30. | | | | | Buy (add'l) | 08/20/20 | J | | |
| 31. Victory Munder Mid-Cap Core Growth Fund (MGOYX) | B | Dividend | | | Sold | 03/06/20 | L | | |
| 32. Vanguard Institutional Index Fund Institutional Plus Shares (VIIIX) | C | Dividend | L | T | Sold (part) | 08/20/20 | J | | |
| 33. Vanguard Wellington Admiral (VWENX) | D | Dividend | M | T | | | | | |
| 34. BlackRock Bond Index Fund (BMOIX) | | None | L | T | Buy (add'l) | 08/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Account #5 (H) | | | | | | | | | |
| 36. E*TRADE Financial Corp. (ETFC) (Y) | | | | | | | | | |
| 37. Morgan Stanley (MS) (X) | A | Dividend | J | T | | | | | |
| 38. Account # 6 (H) | | | | | | | | | |
| 39. JPMorgan TR II Liquid Assets Money Market (QWERQ) (cash eq.) | B | Dividend | K | T | | | | | |
| 40. Account #7 (H) | | | | | | | | | |
| 41. Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 42. Vanguard High Div Yield (VYM) | A | Dividend | J | T | | | | | |
| 43. Gamco Global Gabelli Funds Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |
| 44. Akre Focus Fund Retail Class (AKREX) | | None | J | T | | | | | |
| 45. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | J | T | | | | | |
| 46. Vangaurd Emerging Markets Admiral (VEMAX) | A | Dividend | J | T | | | | | |
| 47. Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | L | T | | | | | |
| 48. Account #8 (H) | | | | | | | | | |
| 49. Citigroup Inc. (C) | A | Dividend | J | T | | | | | |
| 50. Vanguard High Dividend Yield (VYM) | A | Dividend | J | T | | | | | |
| 51. Wal-Mart Stores Inc. (WMT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Gamco Global Gabelli Funds Growth Fund Class AAA (GICPX) | A | Dividend | J | T | | | | | |
| 53. Akre Focus Fund Retail Class (AKREX) | | None | J | T | | | | | |
| 54. Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | K | T | | | | | |
| 55. Voya Russia Fund Class A (LETRX) | A | Dividend | J | T | | | | | |
| 56. Account #9 (H) | | | | | | | | | |
| 57. Vanguard High Dividend Yield (VYM) | A | Dividend | J | T | | | | | |
| 58. Buffalo Small Cap Fund (BUFSX) | A | Dividend | J | T | | | | | |
| 59. Akre Focus Fund Retail Class (AKREX) | | None | J | T | | | | | |
| 60. Vanguard Total Stock Market Admiral (VTSAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Willett, Don R.** | 08/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Don R. Willett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544